AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PAULETTE M. MELVILLE,

       Petitioner,

       v.

JANE PARNELL,

       Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CR-11-045-WFN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Ms. Melville's Petition for Habeas Corpus Relief is DENIED. Judgment is in favor of Respondent.  The certificate of appealability has been denied.  File closed.

November 8, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer